```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **LATANYA D. RODGERS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 24-00224-B |
| | * |
| **FRANK BISIGNANO,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claims for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED.**

**DONE** this **30th** day of **September, 2025.**

　　　　　　　　　　　　　　　　　　／s/ SONJA F. BIVINS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE